# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
05 10135MLW

|   |   |
|---|---|
| **PRIME POULTRY CORP.**, | ) |
| Plaintiff, | ) |
|   | ) |
| v. | ) |
|   | ) |
| **YU & QUANG TRADING, INC.**, | ) |
| **WU CHEN** and **YU CHEN** | ) |
| Defendants, | ) |
|   | ) |

## MOTION TO AMEND COMPLAINT

NOW COMES the Plaintiff and moves this Court, pursuant to Federal Rules of Civil Procedure 15A, to allow it to Amend the Complaint in the above-entitled matter. In support thereof the Plaintiff says the following:

1. Prime Poultry Corporation has entered into an assignment for the benefit of the creditors, naming Stewart F. Grossman, Esq., of Boston, Massachusetts ("Assignee") on behalf of the creditors of Prime Poultry.

2. The **Assignment for the Benefit of Creditors of Prime Poultry Corporation** was entered on February 10, 2005 after the time of filing this lawsuit.

3. The Defendants have been served and have not answered. Defendants' time for answering has been extended by agreement between counsel.

4. The only change in the Amended Complaint is changing the Plaintiff from "Prime Poultry Corporation" to "Stewart F. Grossman, as assignee of Prime Poultry Corporation". The Defendants will not be unfairly prejudiced as a result of this change.

WHEREFORE the Plaintiff moves this Court to allow it to file the attached amended complaint.

Respectfully submitted,
By my attorney,

/s/ Michael W. Reilly, Esq.

Michael W. Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA   02108
(617) 723-1720
MA BBO# 415900