UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEWART F. GROSSMAN, as Assignee for the Benefit of Creditors of, PRIME POULTRY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> YU & QUIANG TRADING, INC., WU CHEN and YU CHEN, <br><br> Defendants. | CASE NO. 05-10135-MLW |

## EMERGENCY MOTION OF DEFENDANTS TO ENLARGE TIME TO ANSWER

Defendants Yu & Quiang Trading, Inc., Wu Chen and Yu Chen (collectively, "YQTI") hereby move this Court on an emergency basis for an additional two business days to file their answer in this matter, that is, from Thursday, March 24, 2005, until Monday, March 28, 2005. Counsel for YQTi and counsel for Prime, Michael Reilly had previously agreed to extend the time to answer to today, March 24, 2005. YQTI asks for the additional time since its counsel was today served in another matter pending before Judge Saris, Converse v. Alon, Civil Action No. 04-12591, with two Court orders from Brazil and Argentina having a major impact upon the matter which have consumed his time. Counsel for YQTI called the office of counsel for Prime, Michael Reilly, but was told Attorney Reilly was out of the office for the afternoon and would try to pass on the message to him. Attorney Reilly then called the undersigned and left a voice message without addressing the extension issue. This delay will

MCG/31981/4/567105v1
03/24/05-BOS/

not prejudice Prime as there are no motions or others matters pending which will be effected by this extension.

YU & QUIANG TRADING, INC., WU CHEN and YU CHEN
By their attorneys,

/s/
Michael C. Gilleran (BBO #192210)
PEPE & HAZARD LLP
225 Franklin Street
Boston, Massachusetts 02110
(617) 748-5500
Fax: (617) 748-5555

DATED: March 24, 2005

Certificate of Service

The undersigned hereby certifies that he today served a copy of the foregoing upon counsel, Michael Reilly, by facsimile and regular mail.

/s/
Michael C. Gilleran

DATED: March 24, 2005