UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | CASE NO. 05-10135-MLW |
| STEWART F. GROSSMAN, as Assignee | ) | |
| for the Benefit of Creditors of, | ) | |
| PRIME POULTRY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| YU & QUIANG TRADING, INC., | ) | |
| WU CHEN and YU CHEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**NOTICE OF WITHDRAWAL OF MICHAEL C. GILLERAN
AS COUNSEL FOR DEFENDANTS
YU & QUIANG TRADING, INC., WU CHEN and YU CHEN**

Michael C. Gilleran, Esq. hereby withdraws his appearance as counsel for the

Defendant, Yu & Quiang Trading, Inc., Wu Chen and Yu Chen.  David P. Russman,

Esq. of Pepe & Hazard LLP will represent the Defendants in this matter.

                                          ____/s/_____
                                          Michael C. Gilleran (BBO #192210)
                                          PEPE & HAZARD LLP
                                          225 Franklin Street
                                          Boston, Massachusetts  02110
                                          (617) 748-5500
          Dated: July 1, 2005            Fax:  (617) 748-5555

DPR/33028/2/569225v1
07/01/05-BOS/