UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART F. GROSSMAN, as Assignee for the Benefit of Creditors of, PRIME POULTRY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> YU & QUIANG TRADING, INC., WU CHEN and YU CHEN, <br><br> Defendants. | CASE NO. 05-10135-MLW |

**NOTICE OF APPEARANCE OF DAVID P. RUSSMAN
AS COUNSEL FOR DEFENDANTS
YU & QUIANG TRADING, INC., WU CHEN and YU CHEN**

Please enter my appearance as counsel for the Defendants Yu & Quiang Trading, Inc., Wu Chen and Yu Chen.

                        /s/
David P. Russman (BBO# 567796)
PEPE & HAZARD LLP
225 Franklin Street
Boston, Massachusetts 02110
(617) 748-5500
Fax: (617) 748-5555

Dated: July 1, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )   CASE NO. 05-10135-MLW
STEWART F. GROSSMAN, as Assignee      )
for the Benefit of Creditors of,      )
PRIME POULTRY CORP.,                  )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )
                                      )
YU & QUIANG TRADING, INC.,            )
WU CHEN and YU CHEN,                  )
                                      )
            Defendants.               )
                                      )
_____)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 1, 2005 he has served a copy of the following documents by electronic service and regular mail upon counsel for the Plaintiff:

1. Notice of Withdrawal of Michael C. Gilleran; and

2. Notice of Appearance of David P. Russman.


                                    /s/_____
                                    David P. Russman

DPR/33028/2/569315v1
07/01/05-BOS/