# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  | CIVIL ACTION NO.: |
|---|---|---|
|  | ) | 05 10135MLW |
| **PRIME POULTRY CORP.**, | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| **YU & QUANG TRADING, INC.**, | ) |  |
| **WU CHEN** and **YU CHEN** | ) |  |
| Defendants, | ) |  |
|  | ) |  |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

/s/ Michael W. Reilly, Esq.

Michael W. Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA   02108
(617) 723-1720
MA BBO# 415900

Dated: July 20, 2005