UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART F. GROSSMAN, as Assignee for the Benefit of Creditors of, PRIME POULTRY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> YU & QUIANG TRADING, INC., WU CHEN and YU CHEN, <br><br> Defendants. | CASE NO. 05-10135-MLW |

**CONSENT TO JURISDICTION BY A UNITED STATES <u>MAGISTRATE JUDGE</u>**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

          YU & QUIANG TRADING, INC.,
          WU CHEN and YU CHEN
          By their Attorneys

          /s/
          David P. Russman (BBO# 567796)
          PEPE & HAZARD LLP
          225 Franklin Street
          Boston, Massachusetts  02110
          (617) 748-5500
Dated: July 26, 2005          Fax:  (617) 748-5555

## Certificate of Service

I hereby certify that I have today served the above motion upon counsel for the opposing party by electronic means.

                                              /s/
                                     David P. Russman

DATED:  July 26, 2005