```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


PRIME POULTRY CORP.,                )
     Plaintiff(s),                  )
                                    )
     v.                             )    C.A. No. 05-10135-MLW
                                    )
YU & QUIANG TRADING,INC., et al     )
     Defendant(s)                   )
```

ORDER

WOLF, D.J.                                              August 4, 2005


The parties in this case were asked whether they would consent to reassignment of this case for all purposes to Magistrate Judge Sorokin, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. All parties have informed the court of their consent. Accordingly, this case is hereby REASSIGNED to Magistrate Judge Sorokin for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).


                                         /s/ Mark L. Wolf
                                         UNITED STATES DISTRICT COURT