UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART F. GROSSMAN, as Assignee for the Benefit of Creditors of, PRIME POULTRY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> YU & QUIANG TRADING, INC., WU CHEN and YU CHEN, <br><br> Defendants. | CASE NO. 05-10135-MLW |

**ASSENTED-TO MOTION TO**
**CONTINUE THE SCHEDULING CONFERENCE**

NOW COME the Defendants in the above-entitled matter and respectfully request that the Scheduling Conference, currently scheduled for September 9, 2005 at 11:00 a.m., be continued to another date at the Court's convenience. As grounds for this motion, the Defendants state that the undersigned counsel, who is the primary attorney on the case, has a trial scheduled for that day.

The trial is in the matter of *Joseph Pellecchia v. Interbay Funding LLC, et al.*, Worcester Superior Court, Civil Action No. 99-1972, sitting at Marlborough District Court. The trial is scheduled to commence on September 8, 2005 and continue until September 9, 2005 and possibly until September 12, 2005. The undersigned is advised that the trial date is firm, and it has been in place since June 2005.

No party will be prejudiced by the granting of this motion, but the Defendants will be prejudiced if it is denied as they will be forced to attend the Scheduling Conference without their lead counsel.

Plaintiff, through Counsel, assents to this motion.

| Assented to: | Respectfully submitted, |
|---|---|
| | YU & QUIANG TRADING, INC., |
| PRIME POULTRY CORP. | WU CHEN and YU CHEN |
| By its Attorney | By their Attorneys |
| | |
| /s/ | /s/ |
| Michael W. Reilly, Esq. | David P. Russman (BBO# 567796) |
| Tommasino & Tommasino | PEPE & HAZARD LLP |
| Two Center Plaza | 225 Franklin Street |
| Boston, MA 02108 | Boston, Massachusetts  02110 |
| | (617) 748-5500 |
| Dated: August 11, 2005 | Fax:  (617) 748-5555 |

### Certificate of Service

I hereby certify that I have today served the above motion upon counsel for the opposing party by electronic means.

/s/
David P. Russman

DATED:  August 11, 2005