# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **STEWART F. GROSSMAN, AS ASSIGNEE FOR THE BENEFIT OF CREDITORS OF, PRIME POULTRY CORP.,** Plaintiff, | ) ) ) ) ) ) | CIVIL ACTION NO.: 05 10135MLW |
| v. | ) ) | |
| **YU & QUANG TRADING, INC., WU CHEN and YU CHEN** Defendants, | ) ) ) ) ) | |

## JOINT DISCOVERY PLAN OF THE PARTIES

Parties recommend the following joint discovery plan:

1.   Written discovery and depositions to be completed on or before June 20, 2006;

2.   Plaintiff to make expert disclosures on or before March 20, 2006;

3.   Defendant to make expert disclosures on or before May 20, 2006;

4.   All Motions for Summary Judgment to be filed on or before July 20, 2006;

5.   Parties will exchange automatic discovery within 10 days of the September 20, 2005 Conference.

Respectfully submitted,                     Respectfully submitted,
Attorney for Plaintiff,                       Attorney for Defendants,


/s/ Michael W. Reilly                        /s/ David P. Russman

Michael W. Reilly, Esq.                    David P. Russman, Esq.
Tommasino & Tommasino               PEPE & HAZARD LLP
2 Center Plaza                                225 Franklin Street
Boston, MA   02108                        Boston, MA 02110
(617) 723-1720                              (617) 748-5555
MA BBO# 415900                          MA BBO# 567796