# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEWARD F. GROSSMAN, ASSIGNEE FOR THE BENEFIT OF THE CREDITORS OF PRIME POULTRY CORP.<br>    Plaintiff,<br><br>v.<br><br>YU & QUANG TRADING, INC., WU CHEN and YU CHEN<br>    Defendants, | CIVIL ACTION NO.:<br>05 10135MLW |

## PLAINTIFF'S INITIAL DISCLOSURE

**1. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION:**

(1). <u>Carleton Paul Graham</u> – 16 Winn Street, Belmont, MA 02478. Worker at Prime Poultry, is likely to have information concerning Mr. Talcofsky's scheme.

(2). <u>Alton Jackson</u> - 31 Circuit Street, Roxbury, MA 02119. Worker at Prime Poultry, is likely to have information concerning the movement of chicken product by Mr. Talcofsky.

(3). <u>Vincent Brown</u> - 73 Bay Road, Revere, MA 02151. Worker at Prime Poultry, is likely to have information concerning the movement of chicken product by Mr. Talcofsky.

(4). <u>Felippe Fernandes</u> - 24 Winthrop Street, Brockton, MA 02121. Worker at Prime Poultry, is likely to have information concerning the movement of chicken product by Mr. Talcofsky.

(5). <u>Jack Ganley</u> - C/O Kirkland & Albrecht, CPA, 10 Forbes Road, Braintree, MA

02184. Worker at Prime Poultry, is likely to have information concerning the movement of chicken product by Mr. Talcofsky.

(6).  Carlos Perez - Puerto Rico, exact address unknown. Worker at Prime Poultry, is likely to have information concerning the movement of chicken product by Mr. Talcofsky.

(7).  Gonzalo Perez Garcia - Cristo, San Juan, PR 00901 telephone # 787-722-6697. Worker at Prime Poultry, is likely to have information concerning the movement of chicken product by Mr. Talcofsky.

(8).  Patricia Ferguson - 5 Butler Ave., Wakefield, MA 01880. Receptionist at Prime Poultry, is likely to have information concerning Mr. Talcofsky's conduct.

(9).  Susan Talcofsky Aguiar & John Aguiar - 83 Sargent Road, Swampscott, MA 01907. Susan Talcofsky Aguiare, shareholder and employee of Prime Poultry. John Aguiar, Warehouse Manager of Prime Poultry.

(10). Ruth Talcofsky - 424 Puritan Road, Swampscott, MA 01907. Mother of Eric Talcofsky.

(11). Barry Goodwin - 92 Moreland Road, Melrose, MA 02176. Bookkeeper for Prime Poultry.

(12). Richard Pichette, Esq. - Belmont, MA. Buns & Levinson, LLP, Counsel for Prime Poultry, had several conversations with Eric Talcofsky concerning his scheme.

(13). Eve Waterfall, Esq., Buns & Levinson, LLP, had conversations with Eric Talcofsky concerning his scheme.

(14). Ximena Talcofsky - 50 Galloupes Point, Swampscott, MA 01907. Eric Talcofsky's wife.

(15).   <u>Michael Hubbard</u> - 26839 River Road, Seaford, DE  19973. Owner of Hab Nab Trucking.

(16).   <u>Louis Lipman</u> – 12 Copperfield Ave., North Easton, MA 02356. Employee of Prime Poultry.

(17).   <u>Robert Torino</u> - 12 Broadway Place, Somerville, MA 02145. Friend of Eric Talcofsky's.

(18).   <u>Wu Chen</u>. Principal of Prime Poultry.

(19).   <u>Yu Chen</u>. Principal of Prime Poultry.

2.  **RELEVANT DOCUMENTS.**

   A.   Documents produced by Yu & Quang in connection with <u>Prime Poultry v. Talcofsky</u>;

   B.   Videotapes of shipments from Prime Poultry. Videotapes copies will be provided to counsel upon completion of copying;

3.  **COMPUTATION OF DAMAGES.**

Prime Poultry is still in the process of determining exactly how much product was received by the Defendants. Total damages cannot be fairly estimated until the Plaintiff has received the business records of the Defendant Yu & Quang in discovery.

4.  **INSURANCE AGREEMENT.**

   None.

**5.     EXPERT DISCLOSURES.**

Plaintiff shall make expert disclosures pursuant to the Scheduling Order of the court.

Respectfully submitted,
Attorney for Plaintiff,

/s/ Michael W. Reilly

Michael W. Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA   02108
(617) 723-1720
BBO# 415900