UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

2005 NOV 25 A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. 05-10135MLW

STEWARD F. GROSSMAN, ASSIGNEE )
FOR THE BENEFIT OF THE CREDITORS )
OF PRIME POULTRY CORP. )
)
    Plaintiff )
)
V. )
)
YU & QUANG TRADING, INC. )
WU CHEN, and YU CHEN )
)
    Defendants )

**THIRD-PARTY DEPONENTS ERIC TALCOFKSY AND XIMENA TALCOFSKY'S MOTION FOR A PROTECTIVE ORDER WITH RESPECT TO SUBPOENAS *DUCES TECUM* DATED SEPTEMBER 22, 2005**

**AND**

**REQUEST FOR HEARING**

Pursuant to Fed. R. Civ. P. 26, Deponents Eric Talcofsky and Ximena Talcofsky (collectively referred to herein as "the Talcofskys"), hereby respectfully request that the Court issue a protective order with respect to the Plaintiff's subpoenas *duces tecum* dated September 22, 2005 (**Exs. A and B**). The Talcofskys request that the order preclude Susan Aguiar, Eric Talcofsky's sister, from attending the Talcofskys' depositions. The depositions are currently scheduled at 10:00 a.m. and 12:00 noon on December 7, 2005.

As ground for this motion, the Talcofskys state:

1.     Eric Talcofsky and Ximena Talcofsky are husband and wife. They are the parents of Paloma Talcofsky. Paloma Talcofsky is 18 years old and

       resides with the Talcofskys at various times during the year when she is not at college.

2. Susan Aguiar is Eric's sister. Susan is married to John Aguiar.

3. Eric Talcofsky and Susan Aguiar are former shareholders, officers, and employees of Prime Poultry Corp.

4. Paloma Talcofsky is the complainant in Essex Superior Court Criminal Case No. 05-598, *Commonwealth v. John Aguiar*. In that case, John Aguiar is charged with, among other things, rape of a child (Paloma Talcofsky, when she was six years old), indecent assault and battery on a child under 14, and disseminating obscene materials to a minor.

5. Eric, Ximena, and Paloma are completely estranged from Susan and John Aguiar. The relationship between the Talcofskys and Aguiars, to the extent that one exists, is hostile. They do not speak or communicate in any way. In the past, Susan and John Aguiar have falsely claimed that Eric and Ximena are behind the allegations against John Aguiar, and that Eric and Ximena fabricated the alleged events relating to Paloma in order to obtain control of Prime Poultry.

6. Eric and Ximena may be called as witnesses on Paloma's behalf in the criminal case against John Aguiar. Similarly, Susan Aguiar may be called as a witness on behalf of her husband in that case.

7. Counsel for the plaintiff, Attorney Michael Reilly, has indicted that Susan Aguiar will attend the Talcofskys depositions, despite the Talcofskys' objection to her presence.

8. Susan's appearance at the depositions will cause both Eric and Ximena Talcofsky to suffer undue stress, anxiety, and emotional upset, and is likely to result in disruption or delay of the depositions.

9. Susan is not a party to this action and has no presumptive right to attend the depositions. Further, her appearance is not necessary to the conduct of the depositions. As is apparent from the subpoenas, the focus of the depositions will be the Talcofskys' financial affairs. Susan has no particular knowledge of these matters, so her presence cannot be said to be reasonably necessary to assist counsel in the conduct of the depositions.

10. The Talcofskys request that the court hold a hearing on this motion. Counsel for the Plaintiff, Michael W. Reilly (who issued the subpoenas), and the undersigned counsel are available for a hearing in the afternoon on November 30 and December 1, 2005, and in the morning on December 2, 2005.

11. Wherefore, Eric and Ximena Talcofsky respectfully request that this motion be allowed.

ERIC TALCOFSKY AND
XIMENA TALCOFSKY

BY THEIR COUNSEL

Timothy M. Hughes
BBO#548708
49 Long Avenue
Framingham, MA 01702
508-405-2680

Dated: 11/23/05

## LOCAL RULE 7.1 CERTIFICATION

I, Timothy M. Hughes, Esq. hereby certify that I have communicated with the plaintiff's counsel by telephone in an effort to resolve or narrow the issues raised by this motion, but was unable to resolve the issues.

_____
Timothy M. Hughes

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 11/23/05