UNITED STATES DISTRICT COURT

CIVIL ACTION NO. 05-10135MLW

| | |
|---|---|
| STEWARD F. GROSSMAN, ASSIGNEE<br>FOR THE BENEFIT OF THE CREDITORS<br>OF PRIME POULTRY CORP.<br><br>      Plaintiff<br><br>v.<br><br>YU & QUANG TRADING, INC.<br>WU CHEN, and YU CHEN<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF ERIC TALCOFSKY**

I, Eric Talcofsky, upon oath depose and say as follows:

1. I am married to Ximena Talcofsky. Ximena and I are the parents of Paloma Talcofsky. Paloma Talcofsky is 18 years old and resides us at various times during the year when she is not at college.

2. Susan Aguiar is my sister. Susan is married to John Aguiar.

3. Susan Aguiar and I are former shareholders, officers, and employees of Prime Poultry Corp.

4. Paloma Talcofsky is the complainant in Essex Superior Court Criminal Case No. 05-598, *Commonwealth v. John Aguiar*. In that case, John Aguiar is charged with, among other things, rape of a child (Paloma Talcofsky, when she was six years old), indecent assault and battery on a child under 14, and disseminating obscene materials to a minor.

5. Ximena, Paloma and I are completely estranged from Susan and John Aguiar. The relationship between the Talcofskys and Aguiars, to the

extent that one exists, is hostile. We do not speak or communicate in any way. In the past, Susan and John Aguiar have falsely claimed that Ximena and I are behind the allegations against John Aguiar, and that Ximena and I fabricated the alleged events relating to Paloma in order to obtain control of the family business, Prime Poultry.

6. I believe that I may be called as witnesses on Paloma's behalf in the criminal case against John Aguiar. Similarly, I believe that Susan Aguiar may be called as a witness on behalf of her John Aguiar in that case.

7. I am informed and believe that Susan Aguiar plans to attend my deposition scheduled for December 7, 2005. Given the nature of our relationship and the allegations against her husband John, I would strongly prefer that Susan not be present during the deposition. Her presence in the deposition will be extremely stressful, upsetting and distracting to me, and, will affect my ability to concentrate and respond to questions during the deposition.

8. I am not a party to this action, and the process of having to produce extensive personal records and respond to questions is upsetting enough, without adding the additional stress and anxiety of having to have Susan present during the deposition.

Signed under the pains and penalties of perjury this __22th__ of November 2005.

Eric Talcofsky

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand
Date. 11/22/05