UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEWART F. GROSSMAN, as Assignee for the Benefit of Creditors of, PRIME POULTRY CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>YU & QUIANG TRADING, INC., WU CHEN and YU CHEN,<br><br>Defendants. | CASE NO. 05-10135-MLW |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

We, counsel for the Defendants in this matter as well as the Defendants themselves, hereby certify pursuant to Local Rule 16.1(D)(3), that we have conferred with a view to establishing a budget for the costs of conducting the full course of this litigation as well as various alternative courses to this litigation and to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

David P. Russman (BBO# 567796)
PEPE & HAZARD LLP
225 Franklin Street
Boston, Massachusetts 02110
(617) 748-5500
Fax: (617) 748-5555

Dated: December 5, 2005

DPR/33028/2/570369v1
12/05/05-BOS/

AUTHORIZED REPRESENTATIVE FOR
YU & QUIANG TRADING, INC.

_____
WU CHEN

_____
YU CHEN

DPR/33028/2/570369v1
09/30/05-BOS/

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) <br> STEWARD F. GROSSMAN, as Assignee ) <br> for the Benefit of Creditors of, ) <br> PRIME POULTRY CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YU & QUIANG TRADING, INC., ) <br> WU CHEN and YU CHEN, ) <br> ) <br> Defendants. ) <br> ) <br> _____) | CASE NO. 05-10135-MLW |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 5, 2005 he has served a copy of the following documents by electronic service and regular mail upon counsel for the Plaintiff:

1. Certification Pursuant to Local Rule 16.1

__/s/_____
David P. Russman