UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD F. GROSSMAN, as Assignee for the Benefit of Creditors of, PRIME POULTRY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> YU & QUIANG TRADING, INC., WU CHEN and YU CHEN, <br><br> Defendants. | CASE NO. 05-10135-MLW |

## JOINT MOTION TO EXTEND
## DEADLINE TO DESIGNATE EXPERTS

Now come the parties and respectfully move that this Honorable Court extend the deadline for the Defendants to designate experts, if any, from May 20, 2006 until June 20, 2006.

As grounds for this Motion, the parties state that this case is complex and document intensive. Experts may be needed for, amongst other things, valuation of real estate and authenticity of videotapes. The Defendants are in the process of determining whether such experts will in fact be necessary, and retaining them if necessary.

The modest extension of time to designate experts will not impact any of the other deadlines in the case.

1

No party will be prejudiced by the granting of this Motion, but the Defendants will be prejudiced if it is denied, as they will be forced to either designate experts prematurely or forego designating experts.

Respectfully submitted,

| | |
|---|---|
| PRIME POULTRY CORP.<br>By its Attorney | YU & QUIANG TRADING, INC.,<br>WU CHEN and YU CHEN<br>By their Attorneys |
| /s/<br>Michael W. Reilly, Esq.<br>Tommasino & Tommasino<br>Two Center Plaza<br>Boston, MA 02108<br><br>Dated: April 26, 2006 | /s/<br>David P. Russman (BBO# 567796)<br>PEPE & HAZARD LLP<br>225 Franklin Street<br>Boston, Massachusetts  02110<br>(617) 748-5500<br>Fax:  (617) 748-5555 |

### Certificate of Service

I hereby certify that I have today served the above motion upon counsel for the opposing party by electronic means.

/s/
David P. Russman

DATED:  April 26, 2006

2