UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
STEWARD F. GROSSMAN, as Assignee   )
for the Benefit of Creditors of,            )
PRIME POULTRY CORP.,                   )
                                        )
            Plaintiff,                       )
                                        )
vs.                                       )            CASE NO. 05-10135-MLW
                                        )
YU & QUIANG TRADING, INC.,        )
WU CHEN and YU CHEN,               )
                                        )
            Defendants.                    )
                                        )
_____)

**JOINT MOTION TO AMEND SCHEDULING ORDER**


Now come the parties and respectfully submit this Joint Motion to Amend Scheduling

Order, as directed by the Court at the Status Conference on June 12, 2006.   The parties

propose the following schedule:

                July 31, 2006:          Defendants' expert disclosures

                September 30, 2006:     Discovery deadline

                November 30, 2006:      Summary judgment deadline

DPR/33028/2/576583v1
06/13/06-BOS/

Respectfully submitted,

|  |  |
|---|---|
| | YU & QUIANG TRADING, INC., |
| PRIME POULTRY CORP. | WU CHEN and YU CHEN |
| By its Attorney | By their Attorneys |

|  |  |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Michael W. Reilly, Esq. | David P. Russman (BBO# 567796) |
| Tommasino & Tommasino | PEPE & HAZARD LLP |
| Two Center Plaza | 225 Franklin Street |
| Boston, MA 02108 | Boston, Massachusetts  02110 |
| | (617) 748-5500 |
| Dated: June 13, 2006 | Fax:  (617) 748-5555 |


### Certificate of Service

I hereby certify that I have today served the above motion upon counsel for the opposing party by electronic means.


_____/s/_____
David P. Russman


DATED:  June 13, 2006

DPR/33028/2/576583v1
06/13/06-BOS/