UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEWART F. GROSSMAN, AS ASSIGNEE FOR THE BENEFIT OF CREDITORS OF, PRIME POULTRY CORP., Plaintiff, v. YU & QUANG TRADING, INC., WU CHEN and YU CHEN Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 05 10135MLW |

### JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

Now come the parties in the above entitled matter and move this Court to reschedule the Status Conference currently scheduled for October 16, 2006. In support thereof, the parties say:

1. The parties have entered into a settlement of this case which involves periodic payments by the Defendant to the Plaintiff.

2. The final payment is due from the Defendant on November 1, 2006. The parties have agreed that upon timely payment of that final payment, a Stipulation of Dismissal will be filed. Plaintiff has reserved his right not to dismiss the case if payment is not made in a timely manner.

3. It is the expectation of the parties that shortly after November 1, 2006, they will be filing a Joint Stipulation of Dismissal.

Wherefore, the parties move this Court to reschedule the Status Conference for mid-November with the hope and expectation that a Stipulation of Dismissal will be filed on or before that date.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Attorney for Plaintiff, | Attorney for Defendants, |
| | |
| /s/ Michael W. Reilly | /s/ David P. Russman |
| | |
| Michael W. Reilly, Esq. | David P. Russman, Esq. |
| Tommasino & Tommasino | PEPE & HAZARD LLP |
| 2 Center Plaza | 225 Franklin Street |
| Boston, MA  02108 | Boston, MA 02110 |
| (617) 723-1720 | (617) 748-5555 |
| MA BBO# 415900 | MA BBO# 567796 |