# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART F. GROSSMAN, AS ASSIGNEE FOR THE BENEFIT OF CREDITORS OF, PRIME POULTRY CORP., <br>         Plaintiff, <br><br> v. <br><br> YU & QUANG TRADING, INC., WU CHEN and YU CHEN <br>         Defendants, | CIVIL ACTION NO.: <br> 05 10135MLW |

## STIPULATION OF DISMISSAL

NOW COME the parties and pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate to the dismissal of said action, with prejudice and without cost to any party.

Respectfully submitted,
Attorney for Plaintiff,

_____
Michael W. Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA  02108
(617) 723-1720
BBO# 415900

Respectfully submitted,
Attorney for Defendant,

_____
David P. Russman, Esq.
Pepe & Hazard, LLP
225 Franklin St.
Boston, MA  02110
(617) 748-5500
BBO# 567796